19-110894

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | Chapter 7 |
| | Case: 19-51009 RJK |
| April Lee Simon | |
| Debtor(s) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Pursuant to Bankruptcy Rules 9010(b) and 2002(I) and Local Rule 2002-5, the undersigned hereby notes his/her appearance as attorney for Plaza Home Mortgage, Inc, a creditor in the above case, and requests all parties in interest to serve copies of notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

> SHAPIRO & ZIELKE, LLP
> 12550 West Frontage Road, Suite 200
> Burnsville, MN 55337
> (952) 831-4060

Dated: January 6, 2020.

> RESPECTFULLY SUBMITTED,
>
> SHAPIRO & ZIELKE, LLP
>
> /s/ Melissa LB Porter _____
> Melissa L.B. Porter – 0337778
> 12550 West Frontage Road, Suite 200
> Burnsville, MN 55337
> (952) 831-4060
> mporter@logs.com